UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    Case: 2:07-cr-20361
    Assigned To: Rosen, Gerald E
    Referral Judge: Whalen, R. Steven
    Filed: 07-20-2007 At 09:26 AM
    INDI USA V. PETRUS (2 DFTS) TAM

D-1    WASEM PETRUS, a.k.a. "Sam,"a.k.a. "Weeze,"
D-2    SANAN ATOU, a.k.a. "Nayth," a.k.a. "Naze,"

        Defendants.

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(21 U.S.C. §§ 841(a)(1) & 846 - Conspiracy to Possess with Intent
to Distribute and to Distribute Methylenedioxymethamphetamine (MDMA or "Ecstacy"))

D-1    WASEM PETRUS
D-2    SANAN ATOU

That from in or about July 1, 2006 up to and including July 28, 2006, in the Eastern

District of Michigan, Southern Division, and elsewhere, WASEM PETRUS and SANAN ATOU,

defendants herein, did knowingly, intentionally and unlawfully, combine, conspire, confederate,

and agree, with each other and also with others whose names are both known and unknown to the

grand jury, to commit an offense or offenses against the United States, that is, to possess with

intent to distribute and to distribute 3,4-methylenedioxymethamphetamine, also known as

MDMA or "Ecstacy," a Schedule I Controlled Substance, in violation of Title 21, United States

Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

THIS IS A TRUE BILL.

s/Grand Jury Foreperson


STEPHEN J. MURPHY
United States Attorney


s/Daniel L. Lemisch P48226
Assistant United States Attorney

Dated:

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 2:07-cr-20361<br>Assigned To: Rosen, Gerald E<br>Referral Judge: Whalen, R. Steven<br>Filed: 07-20-2007 At 09:26 AM<br>INDI USA V. PETRUS (2 DFTS) TAM |

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | Companion Case Numbers: 07-20024, 07-20035 &<br>07-20005 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** ROBERTS |
| X  Yes          No | **AUSA's Initials:** DLL |

**Case Title:** USA v.  Wasem Petrus, a.k.a. "Sam" et al.,

**County where offense occurred :** Wayne County

**Check One:**       **X Felony**          ☐ **Misdemeanor**          ☐ **Petty**

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.

\_X\_Indictment/\_\_\_\_\_Information --- based upon prior complaint [**Case number:** 06-30463 ]

\_\_\_\_Indictment/\_\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____     **Judge:** _____

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** |
|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 19, 2007
Date

DANIEL L. LEMISCH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9776
Fax: (313) 226-3265
E-Mail address:  Daniel.Lemisch@usdoj.gov
Attorney Bar #: P48226

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.