

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# FILED

MAY 2 0 2011

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs

Case No: 07-20361
Honorable Victoria A. Roberts

D-1   WASEM PETRUS,
D-2   SANAN ATOU,

    Defendants.

_____/

## ORDER

On May 19, 2011, the Court held a Status Conference.  Attending were Kathryn McCarthy and Daniel Lemish representing the Government, Corbett O'Meara representing Defendant Petrus and Sanford Schulman representing Defendant Atou.

Based on the discussion held, the Government is to respond to Mr. Petrus' Petition to Vacate Sentence by Monday, June 6, 2011.

The Clerk of the Court is ordered to unseal Document # 20, Defendant Sanan Atou's Sentencing Memorandum, filed 4/1/2008 and Document #22, Defendant Sanan Atou's Supplemental Memorandum, filed 5/19/2008.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  May 20, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 20, 2011.

s/Linda Vertriest
Deputy Clerk